


**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

# CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

CHRISTOPHER M. TIERNEY,

Inmate ID Number: R56554,

_______________,

*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 3:23cv24772-MCR-ZCB
*(To be filled in by the Clerk's Office)*

v.

FLORIDA DEPARTMENT OF CORRECTIONS SECRETARY RICKY DIXON,

WARDEN DONALD LEAVINS,

ASSISTANT WARDEN PITTMAN,

COLONEL RICHTER
MAJOR MCCRANNIE
CAPTAIN CARTER
L.T. FOWLER
OFFICER MOORE
OFFICER ELLIOTT

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

SEE ATTACHED.. /

**Jury Trial Requested?**
☒ YES ☐ NO

FILED USDC FLND PN
DEC 29 '23 AM10:50

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: CHRISTOPHER M. TIERNEY ID Number: R56554

List all other names by which you have been known: N/A

Current Institution: SANTA ROSA CORRECTIONAL INSTITUTION.

Address: 5850 E. MILTON RD.

MILTON, FL. 32583

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: FLORIDA DEPARTMENT OF CORRECTIONS SECRETARY RICKY DIXON

   Official Position: SECRETARY / GOVERNMENTAL AGENCY

   Employed at: FLORIDA DEPARTMENT OF CORRECTIONS

   Mailing Address: 501 S. CALHOUN ST.

   TALLAHASSEE, FL. 32399

   ☑ Sued in Individual Capacity ☑ Sued in Official Capacity

I. PARTIES TO COMPLAINT...
(B) DEFENDANT(S) CONTINUED.

2.) DEFENDANT'S NAME: DONALD LEAVINS (WARDEN)
OFFICIAL POSITION: WARDEN OF SANTA ROSA C.I.
EMPLOYED AT: SANTA ROSA C.I.
MAILING ADDRESS: 5850 E. MILTON RD., MILTON, FL. 32583
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY

3.) DEFENDANT'S NAME: ASSITANT WARDEN PITTMAN
OFFICIAL POSITION: ASSISTANT WARDEN
EMPLOYED AT: SANTA ROSA C.I.
MAILING ADDRESS: 5850 E. MILTON RD., MILTON, FL. 32583
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY

4.) DEFENDANT'S NAME: COLONEL RICHTER
OFFICIAL POSITION: COLONEL
EMPLOYED AT: SANTA ROSA C.I.
MAILING ADDRESS: 5850 E. MILTON RD., MILTON, FL. 32583
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY

5.) DEFENDANT'S NAME: MAJOR MC CRANNIE
OFFICIAL POSITION: MAJOR
EMPLOYED AT: SANTA ROSA C.I.
MAILING ADDRESS: 5850 E. MILTON RD., MILTON, FL. 32583
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY

6.) DEFENDANT'S NAME: CAPTAIN CARTER
OFFICIAL POSITION: CAPTAIN
EMPLOYED AT: SANTA ROSA C.I.
MAILING ADDRESS: 5850 E. MILTON RD., MILTON, FL. 32583
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY.

I. PARTIES TO COMPLAINT...
(B) DEFENDANT(S) CONTINUED...

7.) DEFENDANT'S NAME: L.T. FOWLER
OFFICIAL POSITION: L.T.
EMPLOYED AT: SANTA ROSA C.I.
MAILING ADDRESS: 5850 E. MILTON RD., MILTON, FL. 32583
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY

8.) DEFENDANT'S NAME: OFFICER MOORE
OFFICIAL POSITION: OFFICER
EMPLOYED AT: SANTA ROSA C.I.
MAILING ADDRESS: 5850 E. MILTON RD, MILTON, FL. 32583
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY

9.) DEFENDANT'S NAME: OFFICER ELLIOTT
OFFICIAL POSITION: OFFICER
EMPLOYED AT: SANTA ROSA C.I.
MAILING ADDRESS: 5850 E. MILTON RD, MILTON, FL. 32583
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*) ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee ☐ Civilly Committed Detainee

☑ Convicted State Prisoner ☐ Convicted Federal Prisoner

☐ Immigration Detainee ☐ Other (*explain below*):

N/A

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the ***facts*** which show why you are entitled to relief. Describe how ***each*** Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

IV STATEMENT OF FACTS... PAGE 1 OF 2

1.) On November 8, 2023 at approximately 11:30 p.m., while Housed at Santa Rosa Correctional Institution in cell C2208, Officer Moore and Officer Elliott woke me up and told me to "cuff up"; to which I complied.

2.) Officers put me on "property restriction", both illegally and unjustifiably, leaving me in my boxers in the room, exposed to outside temperatures/conditions, to be cold and without a pillow, blankets, linens, and/or property which exacerbated pre-existing conditions/injuries as well as by making my hernia worse and causing both mental and physical pain and suffering in violation of my 8th amendment under U.S.C.

3.) Officer Moore was retaliating against me for writing him up. January 9, 2023, he put me on illegal property restriction and management loaf using falsified paperwork. Informal grievance log # 119-2301-0321 and formal grievance log # 2302-119-048.

4.) I was left on property restriction until another guard (McDaniel) noticed it was November 13, 2023 and if my property was justified and in accordance with policy/procedure/rules/regulations, I should have came off "strip" on the 11th of November.

5.) On the "strip" paperwork on my door it listed L.T. Fowler and Colonel Richters' names as having been the O.I.C. that approved of me being placed on "strip." Also, "strip" paperwork said he (Moore) and Elliott took my property on Nov. 8, 2023. On the falsified D.R., it says he (Moore) and Elliott took my property on November 9, 2023 and disciplinary report was written over 24 hours later, in violation of Ch. 33 F.A.C..

IV STATEMENT OF FACTS CONTINUED... (PAGE 2 OF 2)

6.) Officer Moore also put me on management loaf which was also unjustified and intentionally done to make me suffer further.

7.) Officer Moore wrote two falsified disciplinary reports in attempts to justify and/or cover-up his personal and criminal actions which violated my rights.

8.) Secretary Dixon and the heirarchy as well as the officers guilty of "bystander liability"; neglegence; failure to report; failure to protect; failure to intervene; and/or "respondeat superior" for failing to supervise, discipline, and/or train subordinates of their legal duty to avoid violating plaintiff's rights under U.S.C. in regards to illegally using property restriction as a means of inflicting cruel and unusual punishment on inmates. As well as the officers that failed to protect; intervene; and/or report as to Officer Moores actions and/or my inhumane conditions, will all be held accountable for their action and/or inaction which caused and/or maintained plaintiff's deprivation of rights, due to negligence and/or deliberate indifference.

9.) Secretary Ricky Dixon is responsible for the agents of his agency and after being made aware of twice in 2023 of F.D.C. Staff putting me on illegal property restriction and not doing anything to ensure and/or act as a deterrant for future staff members.

10.) Any and all staff members that I would notify and/or seek help for conditions/treatment Officer Moore and Officer Elliott left me in, as well as all the other Staff members that I pleaded to for help.

11.) Staff members refused to provide sick calls, requests and/or 303's to access medical and/or administrative remedies, in a timely fashion so as to adher to the requirements/time frames appropriate to access administrative remedies per. Ch.33 F.A.C.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

8th amendment, cruel and unusual punishment / 1st amendment retaliation / 14th amendment right to due process / deliberate indifference, respondeat superior claim. / Fla. St. Stat. 950.09 / Ch. 33 F.A.C. / failure to report; intervene; protect. / infliction of emotional/mental distress. Title II of ADA,

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

injunctive; declatory; compensatory damages; punitive damages; I want my gain time restored; any and all relif this court deems just and proper; as well as supplemental jurisdiction to state law claims violated. compensation for the mental and physical pain and suffering I was forced to endure.

ATTENTION: *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act. . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). ATTENTION: ***If you did not exhaust available remedies prior to filing this case, this case may be dismissed.***

## VIII. PRIOR LITIGATION

ATTENTION: *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: N/A Case #: N/A

   Court: N/A

2. Date: N/A Case #: N/A

   Court: N/A

3. Date: N/A Case #: N/A

   Court: N/A

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES ☑ NO

If you answered yes, identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case *(if more than one)*:

1. Case #: N/A Parties: N/A

Court: N/A Judge: N/A

Date Filed: N/A Dismissal Date *(if not pending)*: N/A

Reason: N/A

2. Case #: N/A Parties: N/A

Court: N/A Judge: N/A

Date Filed: N/A Dismissal Date *(if not pending)*: N/A

Reason: N/A

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☑ YES ☐ NO

If you answered yes, identify all lawsuits:

1. Case #: 8:16-CV-2917-T-17AEP Parties: TIERNEY V. FERGUSON, ET AL.

   Court: U.S. DISTRICT COURT/TAMPA DIVISION Judge: ELIZABETH KOVACHEVICH

   Date Filed: OCT. 2016 Dismissal Date *(if not pending)*: DEC. 2019

   Reason: EXCESSIVE USE OF FORCE 14th AMENDMENT VIOLATION/SETTLEMENT

2. Case #: 8:13-CV-1684-T-27MAP Parties: TIERNEY V. BAILEY, ET AL.

   Court: U.S. DISTRICT COURT/TAMPA DIVISION Judge: N/A

   Date Filed: 2013 Dismissal Date *(if not pending)*: 2014

   Reason: EXCESSIVE USE OF FORCE/FAILURE TO STATE A CHANGE OF ADDRESS.

3. Case #: 4:21-CV-174-WS-MAF Parties: TIERNEY V. HARRISON, ET AL.

Court: U.S. DISTRICT COURT / ~~[illegible]~~ TALLAHASSEE Judge: N/A

Date Filed: 2021 Dismissal Date *(if not pending)*: 2023

Reason: 8th AMENDMENT VIOLATION / SETTLEMENT REACHED

4. Case #: 3:20-CV-5738-LA-EMT Parties: TIERNEY V. HATTAWAY, ET AL.

Court: U.S. DISTRICT COURT / PENSACOLA Judge: ELIZABETH TIMOTHY.

Date Filed: 2020 Dismissal Date *(if not pending)*: 2023

Reason: 8th AMENDMENT VIOLATION / SETTLEMENT REACHED.

5. Case #: N/A Parties: N/A

Court: N/A Judge: N/A

Date Filed: N/A Dismissal Date *(if not pending)*: N/A

Reason: N/A

6. Case #: N/A Parties: N/A

Court: N/A Judge: N/A

Date Filed: N/A Dismissal Date *(if not pending)*: N/A

Reason: N/A

***(Attach additional pages as necessary to list all cases. Failure to disclose all prior cases may result in the dismissal of this case.)***

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12/20/23 Plaintiff's Signature: [signature]

Printed Name of Plaintiff: CHRISTOPHER MICHAEL TIERNEY

Correctional Institution: SANTA ROSA CORRECTIONAL INSTITUTION

Address: 5850 E. MILTON RD.

MILTON, FL. 32583

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

**the prison's mail system for mailing on the 21st day of DECEMBER, 20 23.**

Signature of Incarcerated Plaintiff: [signature]

PROVIDED TO SANTA ROSA CI ON DEC 22 2023 FOR MAILING BY

**PART B - RESPONSE**

| TIERNEY, CHRISTOPHER | R56554 | 2312-119-182 | SANTA ROSA C.I. | C2208L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THIS GRIEVANCE IS BEING RETURNED WITHOUT FURTHER PROCESSING IN ACCORDANCE WITH CHAPTER 33-103.014(G), IT IS NOT ACCEPTED AS A GRIEVANCE OF REPRISAL AND THEREFORE REQUIRES THE ATTACHMENT OF AN INFORMAL GRIEVANCE. YOU HAVE NOT PROVIDED ENOUGH INFORMATION TO JUSTIFY A GRIEVANCE OF REPRISAL AS DEFINED IN CHAPTER 33-103.002(9).

THIS GRIEVANCE IS BEING RETURNED WITHOUT FURTHER PROCESSING IN ACCORDANCE WITH CHAPTER 33-103.014 (1)(A), THE GRIEVANCE ADDRESSES MORE THAN ONE ISSUE OR COMPLAINT.

IN ORDER TO RECEIVE FURTHER ADMINISTRATIVE REMEDY OF YOUR COMPLAINT OR APPEAL, YOU MUST CORRECT THE DEFECTS AND RESUBMIT YOUR GRIEVANCE IN ACCORDANCE WITH AND WITHIN THE TIME FRAMES CALLED FOR IN CHAPTER 33-103.

P. RODRIGUEZ

for DONALD LEAVINS, WARDEN

| [signature] | [signature] | 12/18/23 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Acting

DEC 20 2023

Grievance of reprisal

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

Tierney / Cyrus / M. — R56554 — Santa Rosa C.I.

Last / First / Middle Initial — DC Number — Institution

**Part A – Inmate Grievance** 2312-119-182

On November 8, 2023 at approx: 11:45 p.m. Officer Moore woke me up and told me to cuff up for a cell search. All my property was properly stored and I wasn't doing anything wrong. I was put on property restriction for no justifiable reason and I was put on loaf. Officer Moore did this same thing to me Jan. 9, 2023 – refer to # 119-2301-0321 – informal grievance where he used Captain Hughes name on the paperwork when Captain Hughes wasn't working that day. 10 months later Moore now does it again however uses Lt. Fowler and Colonel Richter's names on paperwork he puts on my door after taking my linens, blues, pillow, and property for no justifiable reason. However on strip paperwork and accompanying D.R (which was falsified) he says contradictory statements. The strip paper on the door says he took my stuff on the 8th (11-8-23 approx: 11:45 pm) and on the D.R. he put he took my stuff on Nov. 9, 2023 at 11:45 pm. Officer Corley didn't let me participate in D.R. process to call camera as evidence. Then I was refused D.R. court, then I have been refused request forms and/or 303's to appeal D.R. until law library just sent me some 303's when I was able to write them for some, however they came past the time frame as described for an appeal. I did notify responsible people, to which I was ignored, and in fact didn't get any of my property back until 11-13-23 which is 5 days on strip. This is in violation of my 1st, 8th and 14th amendments, as well as Ch. 33-208.002. I want this investigated and the falsified D.R.'s over-turned immediately, and I want fixed audio/video for C-dorm wing 2 preserved from 11-8-23 at approx: 11:00 pm. to 11-13-23 approx: 11: pm. for future litigation purposes. Please take me off D.R. status ASAP.

12-17-23 — [signature] R56554

DATE — SIGNATURE OF GRIEVANT AND D.C. #

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** 0 / [signature]

# / Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: ____________ (Date) Institutional Mailing Log #: ____________ ____________ (Received By)

RECEIVED DEC 18 2023 BY:

DISTRIBUTION: INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

not rep 13H multi issue

CHRISTOPHER TIERNEY #R56559 C2208L
Santa Rosa Correctional Institution
5850 E. Milton Rd.
Milton, Fl. 32583

DEC 29 2023

The Clerk of The Court
U.S. District Court
One North Palafox St.
Pensacola, Fl. 32502-5658

Legal Mail

Legal Mail